1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                          CENTRAL DISTRICT OF CALIFORNIA
10
11     LARRY CHARLES CLEVELAND,              Case No. CV 16-2118-DSF (GJS)
12                  Petitioner
13            v.                             **ORDER ACCEPTING FINDINGS
                                             AND RECOMMENDATIONS OF
14     J. SOTO,                              UNITED STATES MAGISTRATE
                                             JUDGE**
15                  Respondent.
16

17          Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition and all

18    pleadings, motions, and other documents filed in this action, the Report and

19    Recommendation of United States Magistrate Judge ("Report"), Petitioner's

20    Objections to the Report, Petitioner's June 13, 2016 request asking the Magistrate

21    Judge to reconsider the Report, and the Magistrate Judge's order denying the

22    reconsideration request ("Reconsideration Order").  Pursuant to 28 U.S.C. §

23    636(b)(1)(C) and Fed. R. Civ. P. 72(b), the Court has conducted a de novo review of

24    those portions of the Report to which objections have been stated.

25          Petitioner states four objections to the report.  First, he reiterates his argument

26    that the Supreme Court's decision in *Riley v. California*, 134 S. Ct. 2473 (2014),

27    justified filing a "mixed" petition and warrants imposing a *Rhines* stay.  The Report

28    (at pp. 7-8) adequately explains why Petitioner's *Riley* argument lacks merit.

1   Moreover, since the Report issued, the Ninth Circuit has confirmed that *Riley* is not

2   retroactive.  *See Ly v. Beard*, No. 15-70939, 2016 WL 3318881, at *1 (9th Cir. June

3   15, 2016).  Petitioner next asserts perfunctorily that his "confusion" about his statute

4   of limitations deadline satisfies the *Rhines* good cause requirement.  For the reasons

5   set forth in the Reconsideration Order, this second objection is unpersuasive.  Third,

6   Petitioner contends that the Magistrate Judge purportedly found a *Rhines* stay

7   unwarranted on the ground that the California Supreme Court's dockets did not

8   show a habeas filing by Petitioner.  Petitioner, however, mischaracterizes the

9   Report.  (*See* Report at pp. 7-9.)  Finally, as his fourth objection, Petitioner argues

10   that his appellate counsel's failure to raise a *Riley* claim on appeal would constitute

11   "cause" to excuse any procedural default of the claim in this Court.  Whether or not

12   this assertion is correct legally, it has no bearing on the *Rhines* stay issue, for the

13   reasons explained in the Report and the Reconsideration Order.

14        Nothing in the Objections affects or alters the analysis and conclusions set forth

15   in the Report.  Having completed its de novo review, the Court accepts the findings

16   and recommendations set forth in the Report.

17        Accordingly, **IT IS ORDERED** that:

18        (1)  Petitioner's request for a *Rhines* stay is DENIED; and

19        (2)  Within 21 days of this Order, Petitioner is directed to elect one of his three

20             Options set forth in the Report at pp. 9-10.  Petitioner is cautioned that the

21             failure to elect one of these three Options in a timely manner will be deemed

22             to constitute an election of Option One, and as a result, this action will be

23             dismissed without prejudice.

24

25   **IT IS SO ORDERED.**

26             **7/12/16**

27   DATE: _____        _____

28                                        DALE S. FISCHER
                                         UNITED STATES DISTRICT JUDGE

2