UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY CHARLES CLEVELAND,<br>Petitioner<br>v.<br>J. SOTO, Warden,<br>Respondent. | Case No. 2:16-cv-02118-DSF (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED THAT this action is dismissed with prejudice.

Date: July 29, 2019

Dale S. Fischer
United States District Judge